# Exhibit A

# Official Pre-Approval Notice

Aegis

**PRIORITY CODE:** 0298-060-706-31-30621

**TO:** Charles C. Moss
186 Lowell Ave
Providence, RI 02909-5206

**FROM:** Peter Fister

**RE:** Pre-Approved† for a mortgage loan of $40,000 or more

**Official Pre-Approval† For:** Charles C. Moss for a mortgage loan in the amount of $40,000 or more

Dear Charles C. Moss,

**Congratulations! You have been pre-approved† for a mortgage loan of $40,000 or more from Aegis Lending.** Call **1-800-297-2228** to apply and use this money to do whatever you want:

- Consolidate bills including high interest credit card or finance company debt to reduce your monthly payments.
- Complete home improvement projects you've been planning.
- Receive cash out for a major purchase — such as a boat, truck, car, education, a vacation, or any other reason.
- Purchase a new home.
- Refinance your mortgage and save.

Not only is there no cost to apply, but when you call Aegis Lending we'll make it easy for you to apply:

- Regardless of your prior credit history or employment status (retired, self-employed, or recent job change) we offer a wide variety of programs designed to fit your specific needs.
- You can get your money with little or no out of pocket expense and you can possibly get your money in less than 10 days.

It's fast and easy. Just call **1-800-297-2228** now to accept a FREE loan consultation. We are waiting to take your calls Monday through Friday 9 am until 7 pm CST.

**So call 1-800-297-2228 now - this offer is only good through 8/7/06. You'll be glad you called.**

Sincerely,

*Peter Fister*

Peter Fister
Branch Manager

P.S. Your mortgage loan of $40,000 or more is here for you - call **1-800-297-2228** to apply. This offer expires 8/7/06, so call now.

EQUAL HOUSING LENDER

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on other side for more information about prescreened offers.*

## 3 Easy Ways To Apply For Your Pre-Approved† Loan:

**1. CALL**
1-800-297-2228
**Monday thru Friday 9 am until 7 pm CST**

**2. MAIL THE ENCLOSED**
APPLICATION CERTIFICATE

**3. CLICK ON**
www.aegislending.com/notice

BL 0306/ALC8300

**Aegis Lending Corporation, 10049 North Reiger Road, Baton Rouge, LA 70809.**
**†Information contained in your credit report was used in preparing this offer. The minimum loan amount associated with this offer is $40,000. You received this offer because your credit report satisfied the criteria used for selecting the recipients of this offer. Aegis Lending's loans typically pay off first mortgages. This offer is conditioned on re-verification of the credit criteria used in making this offer, and credit may not be extended if you do not continue to meet those criteria. This offer is further conditioned on satisfaction of Aegis Lending's other applicable criteria established prior to your selection, including credit and income requirements, minimum loan amounts, and its collateral requirements, including the eligibility of the subject property (mobile homes are ineligible), Aegis Lending's maximum loan-to-value limitations, the insurability of Aegis Lending's lien, and the insurance of the subject property against hazards and/or flood damage. The borrower also is responsible for the payment of all costs and fees associated with the loan. In many cases, these fees may be financed, so that out-of-pocket costs can be limited.**

EQUAL HOUSING LENDER

**Aegis Lending Corporation.**
**An Equal Housing Lender.**

**PRESCREEN & OPT-OUT NOTICE**

**This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria [including providing acceptable property as collateral]. If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies (toll-free) 1-888-5-OPT-OUT (1-888-567-8688) or write Trans Union Opt Out Request, PO Box 505, Woodlyn, PA 19404-0505; Equifax Options, P. O. Box 740123, Atlanta GA 30374-0123; and Experian Opt Out, P. O. Box 919, Allen, TX 75013. You may also visit the website at www.optoutprescreen.com.**

Licensing Disclosures

| | |
|---|---|
| AZ | Arizona Mortgage Bankers License Number BK0905011. |
| CA | Licensed by the Department of Corporations under the California Residential Mortgage Lending Act. |
| GA | Georgia Residential Mortgage Licensee – License #17887 – Aegis Lending Corporation – 10049 North Reiger Road, Baton Rouge, LA 70809. |
| IL | Illinois Residential Mortgage Licensee #06739, Aegis Lending Corporation, 10049 North Reiger Road, Baton Rouge, LA 70809. |
| MN | This advertisement is not an offer to enter into an interest rate lock-in agreement under Minnesota law. |
| MA | Massachusetts Licensed Mortgage Lender and Broker License – License #MC2306. |
| MS | Mississippi Registered Mortgage Company. |
| NH | Licensed by the New Hampshire Banking Department. |
| NJ | Licensed Mortgage Banker – N.J. Department of Banking – Aegis Lending Corporation, 100 Walnut Avenue, Suite 502, Clark, NJ 07066 - 973-288-8025. |
| NV | Nevada Mortgage Broker Principal Office License #252, 2485 Village View Drive, Suite 250, Henderson, NV 89074 – 702-207-3300. Nevada Mortgage Banker Principal Office License #620, 2485 Village View Drive, Suite 250, Henderson, NV 89074 – 702-207-3300. |
| NY | Licensed Mortgage Banker – NYS Banking Department – Aegis Lending Corporation, 430 Perinton Hills Office Park, Fairport, NY 14450. |
| OH | Ohio Mortgage Broker License # MB4568, Aegis Lending Corporation, 23230 Chagrin Blvd., Suite 550, Beachwood, OH 44122 - 216-591-0200. |
| PA | Licensed by the Pennsylvania Department of Banking. Licensed in Pennsylvania pursuant to the Secondary Mortgage Loan Act. |
| RI | Rhode Island Licensed Lender. Rhode Island Licensed Broker. |

Pre-Approval† Department
10049 Reiger Rd.
Baton Rouge, LA 70809

Aegis
LENDING CORPORATION

**PRIORITY CODE:**
0298-060-706-31-30621

**Account Response Receipt**

Keep the receipt above as a reminder of your response to the Pre-Approved Aegis Lending Home Loan.

Complete and return the Application Certificate in the postage-paid envelope provided.

**PRE-APPROVAL APPLICATION CERTIFICATE**

Aegis
LENDING CORPORATION

Charles C. Moss
186 Lowell Ave
Providence, RI 02909-5206

**Priority Code:**
0298-060-706-31-30621

☑ **Yes, Please call me about my pre-approved† loan for $40,000 or more!**

You are one of a select group of homeowners who have been chosen for this special offer†. Call 1-800-297-2228 and mention this certificate. Or return the certificate in the postage-paid envelope provided. Then, we'll call you and tell you how you can take advantage of this offer!

Convenient contact time: ______________________

Phone: home (______)______________________

work (______)______________________

e-mail (optional) ______________________

†See reverse side of letter for important information.

↑ DETACH AT PERFORATION AND MAIL IN THE BUSINESS-REPLY ENVELOPE BELOW ↑

Charles C. Moss
186 Lowell Ave
Providence, RI 02909-5206

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
**FIRST-CLASS MAIL PERMIT NO. 894 HOUSTON TX**

**POSTAGE WILL BE PAID BY ADDRESSEE**

**Aegis Lending Corporation**
**PO BOX 98520**
**BATON ROUGE LA 70884-9945**