# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES C. MOSS and DENNIS A. ISOM<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS LENDING CORPORATION,<br><br>Defendant. | C.A. No. 06-410 ML-LDA |

**AEGIS LENDING CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Aegis Lending Corporation hereby discloses that it is a wholly-owned subsidiary of Aegis Mortgage Corporation and that there is no publicly-held company that owns 10% or more of Aegis Lending Corporation's stock.

AEGIS LENDING CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn C. Medina

Steven E. Snow (#1774) (ses@psh.com)
Carolyn P. Medina (#7109) (cpm@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 13, 2006

*Of counsel:*

R. Bruce Allensworth (ballensworth@klng.com)
Irene C. Freidel (ifreidel@klng.com)
Brian M. Forbes (bforbes@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing AEGIS LENDING CORPORATION'S CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of the United States District Court for the District of Rhode Island this 13th day of October, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Carolyn C. Medina

880488_1/999998-75