# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

CHARLES C. MOSS
and DENNIS A. ISOM,
Plaintiffs,

v.

AEGIS LENDING CORPORATION,
Defendant.

C.A. No. 06-410 ML-LDA

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant Aegis Lending Corporation ("Aegis"), hereby moves that Brian M. Forbes, Esq., be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes:

X Pro hac vice counsel's long-standing representation of the client:

☐ The local trial bar lacks experience in the field of:

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which counsel is familiar, specifically:

☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:

☐ It is a criminal case and pro hac vice counsel is defendant's counsel of choice.

☐ Other:

AEGIS LENDING CORPORATION

By Its Attorneys

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774) (ses@psh.com)
Carolyn P. Medina (#7109) (cpm@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 18, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member of good standing of the bar of the State(s) of: Massachusetts and the following federal district court bar(s): U.S. District Court for the District of Massachusetts * without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect. *and the United States District Court for the Eastern District of Wisconsin

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in the district of Rhode Island.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Briane M. Forbes (BBO# 644787)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 951-9154
(617) 261-3175 FAX

Local Associate Counsel:
Steven E. Snow (#1774)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

---

ORDER: This motion is hereby ____________________.

______________________________
U.S. District Court Judge

Date: October ___, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE was filed with the Clerk of the United States District Court for the District of Rhode Island this 18th day of October, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre (Bar No. 4019)
Claude Lefebvre, Christopher Lefebvre, P.C.

/s/ Steven E. Snow

880847_1/99998-75