**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES C. MOSS, and** | ) | |
| **DENNIS A. ISOM** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 06-410-ML** |
| **AEGIS LENDING CORPORATION** | ) | |
| **Defendant** | ) | |
| | ) | |

**CERTIFICATION OF SERVICE**

I hereby certify that I filed the attached Motion for Admission Pro Hac Vice of Scott C. Borison with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received copy and notice electronically: Steven Snow and Carolyn P. Medina at Patridge Snow & Hahn LLP and Bruce Allensworth, Brian M. Forbes and Irene C. Friedel at Kirkpatrick & Lockhart Nicholson Graham LLP on November 29th 2006.

/s/Christopher M. Lefebvre