# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

CHARLES C. MOSS AND
DENNIS A. ISOM,

Plaintiffs,

v.

AEGIS LENDING CORPORATION,

Defendant.

C.A. No. 06-410 ML-LDA

## [PROPOSED] SCHEDULING ORDER IN LIGHT OF RULE 16 CONFERENCE

On November 8, 2006, counsel for plaintiffs Charles C. Moss and Dennis A. Isom and defendant Aegis Lending Corporation appeared before the Court for a Rule 16 scheduling conference. In light of that conference the Court sets the following schedule of events:

Because this case is styled as a class action, for reasons of judicial economy and efficiency, the Court orders that discovery be conducted in two phases. Phase I discovery should be directed to the issue of class certification and plaintiffs' individual claims so that the Court may determine as soon as practicable whether this action meets the standards under Rule 23 of the Federal Rules of Civil Procedure for class action treatment.

The issue of class certification should be should be briefed, heard, and decided upon at the completion of Phase I discovery.

Following resolution of the class certification issue, the Court will have a second scheduling conference be held to address what discovery, if any, remains in the second phase of discovery, the timing for completion of Phase II discovery, and any further deadlines for dispositive motions, pre-trial matters and trial. Phase II discovery would be directed at the

merits of plaintiffs' class claims and should only be conducted if the Court certifies a class under Rule 23.

For these reasons, the Court sets the following deadlines:

1. Deadline for discovery on issues pertaining to class certification and the merits of Plaintiffs' individual claims: on or before **March 8, 2007**.

2. Deadline for serving a motion for class certification: **March 29, 2007**.

3. Deadline for serving an opposition to motion for class certification: **April 18, 2007.**

So ordered this 29th day of November, 2006

Mary M. Lisi
Honorable Mary M. Lisi
United States District Judge

Respectfully submitted,

CHARLES C. MOSS and
DENNIS A. ISOM

By Their Attorneys,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre (#4019)
CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 FAX
Lefeblaw@aol.com

AEGIS LENDING CORPORATION

By Its Attorneys,

/s/ Steven E. Snow
Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com