# EXHIBIT A

# *SUPREME COURT OF THE UNITED STATES*
# *OCTOBER TERM 2006*

## For the Session Beginning January 8, 2007

| | |
|---|---|
| **Monday, January 8**<br><br>(1)<br>06-116 MOYLAN V. CAMACHO<br><br>(2)<br>05-1345 UNITED HAULERS ASSOC. V. ONEIDA-HERKIMER SOLID WASTE MGMT. AUTHORITY | **Monday, January 15**<br><br>LEGAL HOLIDAY |
| **Tuesday, January 9**<br><br>(3)<br>06-102 SINOCHEM INTERNATIONAL V. MALAYSIA INTERNATIONAL SHIPPING<br><br>(4)<br>05-1575 SCHRIRO V. LANDRIGAN | **Tuesday, January 16**<br><br>(1)<br>06-84 ) SAFECO V. BURR<br>06-100) GEICO V. EDO<br>(Consolidated – 1 hr. for argument)<br><br>(2)<br>05-1429 TRAVELERS CASUALTY & SURETY CO. V. PACIFIC GAS |
| **Wednesday, January 10**<br><br>(5)<br>05-1508 ZUNI PUBLIC SCHOOL DIST. NO. 89 V. DEPT. OF EDUCATION<br><br>(6)<br>05-1589) DAVENPORT V. WASHINGTON EDUCATION ASSOC.<br>05-1657) WASHINGTON V. WASHINGTON EDUCATION ASSOC.<br>(Consolidated – 1 hr. for argument) | **Wednesday, January 17**<br><br>(3)<br>05-11304 SMITH V. TEXAS<br><br>(4)<br>05-11284) ABDUL-KABIR V. QUARTERMAN<br>05-11287) BREWER V. QUARTERMAN<br>(Consolidated – 1 hr. for argument) |

Arguments begin at 10 a.m.

REVISED – November 7, 2006