# Exhibit B

H
Briefs and Other Related Documents
Ashby v. Farmers Group, Inc.D.Or.,2006.Only the Westlaw citation is currently available.

United States District Court,D. Oregon.
Douglas ASHBY, Carol Porto, and Grant Wenzlick, Plaintiffs,
v.
FARMERS GROUP, INC., and Farmers Insurance Company of Oregon, Defendant.
**No. 01-CV-1446-BR.**

Oct. 30, 2006.

N. Robert Stoll, Steven D. Larson, David F. Rees, Stoll Stoll Berne Lokting & Schlachter, P.C., Portland, OR, Charles A. Ringo, Beaverton, OR, for Plaintiffs.
Barnes H. Ellis, Stephen A. Redshaw, Timothy W. Snider, Stoel Rives, LLP, Portland, OR, for Defendant.

**OPINION AND ORDER**

BROWN, Judge.
***1** This matter comes before the Court on Defendants' Motion for Stay (# 353) pending the outcome of the United States Supreme Court's review of issues presented in the following related potential class-action cases: *Edo v. GEICO Casualty Co.,* CV 02-678-BR, *Spano v. Safeco Insurance Company,* CV 02-678-BR (in which Petitions for Writ of Certiorari have been granted), and possibly *Willes v. State Farm Fire and Casualty,* CV 01-1457-BR (in which a Petition of Writ of Certiorari is pending). For the following reasons, the Court **GRANTS** Defendants' Motion for Stay.

In *Edo and Spano,* the Supreme Court has agreed to review the Ninth Circuit's decision as to (1) the appropriate standard for determining what constitutes a willful violation under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681n(a) and (2) when an adverse action has occurred. This Court, in the exercise of its discretion, previously granted a stay of further proceedings in *Edo* and *Spano* as well as in *Willes* because this Court concluded "the Supreme Court's analysis of FCRA's adverse-action notice requirements may well address or at least clarify who should receive a notice of adverse action under FCRA." *See Willes,* Opin. and Order at 3 (issued Oct. 26, 2006).

Defendants assert a stay is appropriate in this case because the appropriate willfulness standard is of particular significance in light of Defendants' pending Motion for Summary Judgment in which they assert, *inter alia,* that Plaintiffs cannot satisfy their burden of proving Defendants willfully violated FCRA's adverse-action notice requirements. The Court agrees the Supreme Court's opinion as to the proper standard for determining "willfulness" may be relevant to the analysis of this aspect of Defendants' Motion.

In addition, Defendants assert this matter should be stayed because Plaintiffs also have moved to increase the size of the class that already has been certified based on the Ninth Circuit's "expansive definition of adverse action" to include a requirement that initial applicants for insurance receive adverse-action notices. The Court, however, is not persuaded the Supreme Court's review as described in the Order granting the Writ of Certiorari will affect this aspect of the Ninth Circuit's opinion.

Nevertheless, in light of the importance of the pending Motion for Summary Judgment and the significance of the Supreme Court's ultimate decision to any future ruling on the willfulness issue, this Court, in the exercise of its discretion, concludes a stay of these proceedings is appropriate pending the Supreme Court's decision.

***CONCLUSION***

For these reasons, the Court **GRANTS** Defendants' Motion to Stay (# 353). Accordingly, the Court **DENIES as moot** Defendants' and Plaintiffs' Motions for Extension of Time (# 356 and # 358 respectively). Plaintiffs' Motion to Amend Class Definition (# 288), Defendants' Motion for Summary Judgment (# 334), Defendants' Motion to Take Deposition of Plaintiffs' Expert Witness (# 339), and Plaintiffs' Motion for Partial Summary Judgment (# 345) are

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

deemed to be withdrawn and may be reinstated upon further order of the Court. All case management dates are hereby **STRICKEN,** including the trial date.

*2 The parties shall file a joint status report **no later than February 1, 2007.**

IT IS SO ORDERED.

D.Or.,2006.
Ashby v. Farmers Group, Inc.
Slip Copy, 2006 WL 3169381 (D.Or.)

Briefs and Other Related Documents (Back to top)

• 2006 WL 1833130 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of Plaintiffs' Motion to Compel Production of Documents (May 1, 2006) Original Image of this Document (PDF)
• 2006 WL 1181085 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of Plaintiffs' Motion to Reconsider Ruling re Advice of Counsel (Mar. 9, 2006) Original Image of this Document (PDF)
• 2006 WL 990183 (Trial Motion, Memorandum and Affidavit) Reply in Support of Motion to Reconsider Ruling Re: Advice of Counsel By Defendant Farmers Insurance Company of Oregon (Feb. 8, 2006) Original Image of this Document (PDF)
• 2006 WL 990182 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendant's Second Motion to Reconsider Ruling Re Advice of Counsel (Feb. 1, 2006) Original Image of this Document (PDF)
• 2005 WL 4114257 (Trial Motion, Memorandum and Affidavit) Reply in Support of Motion to Reconsider Ruling re Advice of Counsel by Defendant Farmers Insurance Company of Oregon (Nov. 16, 2005) Original Image of this Document (PDF)
• 2005 WL 4114256 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Opposition to Defendant's Motion to Reconsider Ruling re Advice of Counsel (Nov. 3, 2005) Original Image of this Document (PDF)
• 2005 WL 4114255 (Trial Motion, Memorandum and Affidavit) Motion to Reconsider Ruling Re: Advice of Counsel and L.R. 7.1 Certification by Defendant Farmers Insurance Company of Oregon (Oct. 24, 2005) Original Image of this Document (PDF)
• 2005 WL 4114254 (Trial Motion, Memorandum and Affidavit) Motion to Reconsider Ruling Re: Advice of Counsel by Defendant Farmers Insurance Company of Oregon (Oct. 17, 2005) Original Image of this Document (PDF)
• 2005 WL 4114253 (Trial Motion, Memorandum and Affidavit) Memorandum of Defendant Farmers Insurance Company of Oregon Concerning Advice of Counsel Defense and in Support of Motion to Amend its Responsive Pleadings to Assert an Affirmative Defense of Reliance on Advice of Counsel (Aug. 12, 2005) Original Image of this Document (PDF)
• 2005 WL 4114252 (Trial Motion, Memorandum and Affidavit) Response Memorandum of Defendant Farmers Insurance Company of Oregon Re: Legal Issues Raised in Proposed Pre-Trial Order (Jul. 1, 2005) Original Image of this Document (PDF)
• 2005 WL 4123115 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Pre-Trial Memorandum Regarding Various Legal Issues (Jun. 22, 2005) Original Image of this Document (PDF)
• 2005 WL 4114251 (Trial Motion, Memorandum and Affidavit) Reply Memorandum in Support of Defendant's Motion for Summary Judgment against Plaintiff Ashby (Jan. 5, 2005) Original Image of this Document (PDF)
• 2004 WL 3958223 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Reply in Support of Motion for Approval of Proposed Class Notice Procedures (Dec. 8, 2004) Original Image of this Document (PDF)
• 2004 WL 3958222 (Trial Motion, Memorandum and Affidavit) Memorandum in Support of Plaintiffs' Motion for Approval of Proposed Class Notice Procedures (Nov. 12, 2004) Original Image of this Document (PDF)
• 2004 WL 3958221 (Trial Motion, Memorandum and Affidavit) Plaintiffs' Memorandum Regarding Rule 16 Conference (Nov. 5, 2004) Original Image of this Document (PDF)
• 2004 WL 3961253 (Trial Motion, Memorandum and Affidavit) Defendant's Reply in Support of Motion for Summary Judgment against Plaintiffs Porto and Wenzlick (Jul. 14, 2004) Original Image of this Document (PDF)
• 2004 WL 2375172 (Trial Motion, Memorandum

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

and Affidavit) Memorandum in Opposition to Farmers Insurance Company of Oregon's Motion for Summary Judgment Against Plaintiffs Porto and Wenzlick (Jun. 30, 2004)

• 2004 WL 3961252 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Farmers Insurance Company of Oregon's Motion for Summary Judgment against Plaintiffs Porto and Wenzlick (Jun. 30, 2004) Original Image of this Document (PDF)

• 2004 WL 2375170 (Trial Motion, Memorandum and Affidavit) Defendant's Memorandum in Support of Motion for Summary Judgment Against Plaintiffs Porto and Wenzlick (Apr. 29, 2004)

• 2004 WL 3961250 (Trial Motion, Memorandum and Affidavit) Defendant's Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Apr. 29, 2004) Original Image of this Document (PDF)

• 2004 WL 3961251 (Trial Motion, Memorandum and Affidavit) Defendant's Memorandum in Support of Motion for Summary Judgment against Plaintiffs Porto and Wenzlick (Apr. 29, 2004) Original Image of this Document (PDF)

• 2003 WL 24839794 (Trial Motion, Memorandum and Affidavit) Defendant's Memorandum Re: Relation Back of Second Amended Complaint (Dec. 30, 2003) Original Image of this Document (PDF)

• 2003 WL 24839793 (Trial Pleading) Plaintiffs' Second Amended Complaint for Violation of the Fair Credit Reporting Act (May 23, 2003) Original Image of this Document (PDF)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| DEAN WOOD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-CV-7 |
| CAPITAL ONE AUTO FINANCE, INC., | ) | **Hon. J.P. Stadtmueller** |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Stipulation to Stay Proceedings filed by the Plaintiff on December 20, 2006.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, -- S.Ct. --, 2006 WL 2055539 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, -- S. Ct. --, 2006 WL 2039638 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

Dated at Milwaukee, Wisconsin, this 20th day of December, 2006.

BY THE COURT:

s/ J. P. Stadtmueller
J. P. Stadtmueller
U.S. District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | | |
|---|---|---|
| MARGARET JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER BANK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-C-13<br><br>**Hon. Rudolph T. Randa** |

**ORDER**

This matter is before the Court on the Stipulation to Stay Proceedings filed by the Plaintiff on December 14, 2006.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2006.

s/ Rudolph T. Randa
CHIEF JUDGE RUDOLPH T. RANDA
UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

SANDRA NORWOOD AND MARY FORREST,

Plaintiffs, Case No. 06-cv-436

v. Judge Lynn Adelman

NAME SEEKERS INC.,

Defendant.

---

# ORDER

---

This matter is before the Court on the Stipulation to Stay Proceedings [DE 14] filed by the Defendant on December 14, 2006.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, -- S.Ct. --, 2006 WL 2055539 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, -- S. Ct. --, 2006 WL 2039638 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

Dated at Milwaukee, Wisconsin, this 15 day of December, 2006.

/s________________________________
JUDGE LYNN ADELMAN
UNITED STATES DISTRICT COURT

cc: All counsel of record

CHICAGO\2267508.1
ID\IVF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ISRAEL BERNAL,

Plaintiff,

Case No. 06-C-0008

v.

KEYBANK, N.A.,

Defendant.

## ORDER

This matter is before the Court on the Stipulation to Stay Proceedings [DE 29] filed by the Defendant on December 14, 2006.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, -- S.Ct. --, 2006 WL 2055539 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, -- S. Ct. --, 2006 WL 2039638 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco.* One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

Dated at Milwaukee, Wisconsin, this 14th day of December, 2006.

s/ Rudolph T. Randa

JUDGE RUDOLPH T. RANDA
UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | | |
|---|---|---|
| **MARY A. JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-cv-856-LA |
| | ) | |
| **INDYMAC BANK, F.S.B.,** | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on the Stipulation to Stay Proceedings [DE 21] filed by the Defendant on November 20, 2006.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, -- S.Ct. --, 2006 WL 2055539 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, -- S. Ct. --, 2006 WL 2039638 (Sept. 26, 2006). This action shall proceed upon notification by the parties of the ruling in these matters.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. One or both of the parties shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

Dated at Milwaukee, Wisconsin, this 27 day of November, 2006.

/s
JUDGE LYNN ADELMAN
UNITED STATES DISTRICT COURT

CHICAGO\2256187.1
ID\IVF

Home | PACER | Full Docket | Opinions | Help

If you view the full docket, you will be charged for 6 Pages $ 0.48

US Court of Appeals for the Seventh Circuit
Case Summary

Court of Appeals Docket #: 06-2477 Filed: 5/24/06
Nsuit: 3890 Oth Stat Act-Federal Question
Murray, Thomas v. New Cingular Wireles
Appeal from: United States District Court

Lower court information:
District: 0752-1 : 04 C 7666
Ordering Judge: Ruben Castillo, Judge

| | |
|---|---|
| 9/5/06 | Filed 15c appellant's brief in main appeal by Thomas Murray in 06-2477. Disk filed. . [06-2477, 06-2722] [0-0] (odea) [06-2477 06-2722] |
| 9/21/06 | Filed motion by Appellee New Cingular Wireles in 06-2477, Appellant New Cingular Wireles in 06-2722 to extend time to file appellee's, cross-appellant's brief. [2028160-1] [06-2477, 06-2722] (scze) [06-2477 06-2722] |
| 9/22/06 | ORDER issued GRANTING motion for extension of time to file appellee's x-appellants brief. [2028160-1] CMD [06-2477, 06-2722] Appellee's brief in the main appeal and Appellant's brief in the cross appeal due 10/26/06 for New Cingular Wireles in 06-2477, for New Cingular Wireles in 06-2722. 2. Appellant's reply brief the main appeal and Appellee's brief in the cross appeal 11/27/06 for Thomas Murray in 06-2477, for Thomas Murray in 06-2722. 3. Reply brief, if any, on cross-appeal due 12/11/06 for New Cingular Wireles in 06-2722. (kell) [06-2477 06-2722] |
| 10/6/06 | Filed motion by Appellee New Cingular Wireles in 06-2477, Appellant New Cingular Wireles in 06-2722 to extend time to file appellee's, cross-appellant's brief. [2033307-1] [06-2477, 06-2722] (hard) [06-2477 06-2722] |
| 10/6/06 | Filed motion by Appellee New Cingular Wireles in 06-2477, Appellant New Cingular Wireles in 06-2722 to stay proceedings. [2033309-1] [06-2477, 06-2722] (hard) [06-2477 06-2722] |
| 10/12/06 | Filed Appellant Thomas Murray in 06-2477, Appellee Thomas Murray in 06-2722 response to Appellee New Cingular Wireles in 06-2477, Appellant New Cingular Wireles in 06-2722 motion to stay proceedings and to modify briefing schedule. [2035010-1] [2035010-1] [06-2477, 06-2722] (kell) [06-2477 06-2722] |
| 10/17/06 | ORDER issued DENYING as unnecessary the motion to modify the briefing schedule. [2033307-1] The motion to stay proceedings is GRANTED pending the Supreme Court' s resolution of Geico General Ins. Co. v. U.S. Edo, 2006 WL205539 (Sep. 26, 2006). The parties shall file statements of position within 14 days of the Supreme Court's decision. |

CLOSED, LEVIN, PROTO

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:05-cv-01334

Murray v. Cingular Wireless II, LLC
Assigned to: Honorable Blanche M. Manning
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 03/07/2005
Date Terminated: 08/18/2006
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Thomas A Murray** represented by

**Daniel A. Edelman**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: courtecl@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cathleen M. Combs**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: ccombs@edcombs.com
*ATTORNEY TO BE NOTICED*

**James O. Latturner**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: jlatturner@edcombs.com
*ATTORNEY TO BE NOTICED*

**Thomas Everett Soule**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street

| | | |
|---|---|---|
| | | judgment 126 (RESTRICTED).(cdy, ) (Entered: 07/24/2006) |
| 07/27/2006 | 139 | MEMORANDUM by Thomas A Murray, Deborah Jackson, Jason Wanek *regarding the propriety of staying proceedings in this case (JOINT)* (Soule, Thomas) (Entered: 07/27/2006) |
| 08/18/2006 | 140 | MINUTE entry before Judge Blanche M. Manning: The court agrees with the parties that staying this matter pending disposition of Murray v. New Cingular Wireless (Nos. 06-2477 and 06-2722) is appropriate. This case is hereby stayed and placed on the court's suspense docket The parties are directed to advise the court when the Seventh Circuit rules. All pending motions are stricken without prejudice. Mailed (vmj, ) (Entered: 08/21/2006) |
| 08/24/2006 | 141 | MINUTE entry before Judge Maria Valdez : District Court having case stayed and placed on the Court's Suspense Docket on 8/18/06. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Maria Valdez no longer referred to the case. Mailed notice (yp, ) (Entered: 08/24/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/02/2007 10:05:08 | | | |
| **PACER Login:** | ws0015 | **Client Code:** | 0306931.0105/05229 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01334 |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAVID L. EMERSON,

Plaintiff,

v. Case No. 05-C-848

AEGIS LENDING CORPORATION,

Defendant.

---

**ORDER**

---

This matter is before the Court on the Motion to Stay Proceedings filed by the Plaintiff on December 28, 2006.

Having reviewed the Motion to Stay Proceedings, and given that the Defendant assents to this motion, the Court now **GRANTS** the Motion to Stay Proceedings and orders that this action be stayed pending the ruling by the U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo*, 06-100, -- S.Ct. --, 2006 WL 2055539 (Sept. 26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, -- S. Ct. --, 2006 WL 2039638 (Sept. 26, 2006). This action shall proceed upon notification by the plaintiff of the ruling in these matters.

**NOW THEREFORE IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*. The plaintiff shall provide notice to the Court by electronic filing promptly upon receipt of such ruling.

**SO ORDERED** this 3rd day of January 2007, at Milwaukee, Wisconsin.

s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge