**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES C. MOSS, and<br>DENNIS A. ISOM,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS LENDING CORPORATION,<br><br>Defendant. | ) | 06-CV-410 |

**MOTION TO ENLARGE TIME IN WHICH TO**
**RESPOND TO PLAINTIFFS' FIRST DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 6(b) and DRI LR 29(b), defendant Aegis Lending Corporation ("Aegis") respectfully requests that that the Court enlarge the time within which Aegis may respond to Plaintiffs' First Discovery Requests pending the Court's ruling on Aegis's Motion to Stay Proceedings filed contemporaneously herewith. If the Court does not stay this action, Aegis requests that the Court enlarge the time within which Aegis must respond to Plaintiffs' First Discovery Requests up to and including fourteen (14) days after the Court's ruling on Aegis's Motion to Stay Proceedings. As reasons therefore, Aegis states:

1. Plaintiffs filed this action on September 15, 2006.

2. On December 4, 2006, plaintiffs served their First Discovery Requests on Aegis by first-class mail. Responses to plaintiffs' First Discovery Requests are due on January 8, 2007.

3. Aegis requested that plaintiffs stipulate to enlarge the time for Aegis to respond to plaintiffs' discovery requests pending the Court's ruling on Aegis's Motion to Stay Proceedings.

4. For the reasons set forth in Aegis's Motion to Stay, filed contemporaneously herewith, a stay of the proceedings, including discovery, pending the United States Supreme

Court's resolution of the appropriate standard for the award of statutory damages will conserve the resources of the parties and the Court.

5. Plaintiffs have not agreed to either (1) enlarge the time for Aegis to respond to Plaintiffs' First Discovery Requests or (2) assent to Aegis's Motion to Stay.

6. Plaintiffs will not be prejudiced by allowance of this Motion.

WHEREFORE, Aegis Lending Corporation respectfully requests that the Court enlarge the time within which Aegis must respond to plaintiffs' First Discovery Requests.

Respectfully submitted,

AEGIS LENDING CORPORATION,

By its counsel,

s/ Irene C. Freidel

R. Bruce Allensworth
Irene C. Freidel
Brian M. Forbes
*Admitted pro hac vice*
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
E-mail: bruce.allensworth@klgates.com
irene.freidel@klgates.com
brian.m.forbes@klgates.com

Steven E. Snow (#1774) (ses@psh.com)
Carolyn P. Medina (#7109) (cpm@psh.com)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (facsimile)

Dated: January 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Stipulation to Enlarge Time in which to Respond to Plaintiffs' First Discovery Requests* was filed with the Clerk of the United States District Court for the District of Rhode Island this 8th day of January, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre (Bar No. 4019)
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

s/ Irene C. Freidel
Irene C. Freidel