David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

April 2, 2007

TO: Christopher Lefebvre, Esq.
Scott Borison,Esq.
Steven E. Snow, Esq.
Brian Forbes, Esq.
Irene Freidel, Esq.
R. Bruce Allendworth, Esq.

RE: Charles Moss, et al v. Aegis Lending Corporation
CA 06-410ML

Dear Counselors:

Judge Lisi is requesting a written status report relative to the above-captioned case. Kindly submit a written status report to Judge Lisi by **April 23, 2007.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta

Barbara Barletta
Deputy Clerk