**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHARLES C. MOSS AND DENNIS A. ISOM,<br>Plaintiffs<br><br>v.<br><br>AEGIS LENDING CORPORATION,<br>Defendant | C.A. No. 06-CV-410 ML-LDA |

**AEGIS LENDING CORPORATION'S CASE STATUS REPORT**

Pursuant to the Court's April 2, 2007 request for a case status report (Docket No. 14), Aegis Lending Corporation ("Aegis") states as follows:

1. Plaintiffs filed their class action Complaint on September 15, 2006.

2. Plaintiffs contend that Aegis violated the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq. ("FCRA"), based on their allegations that Aegis's mailed offers of credit to plaintiffs of mortgage loans in the minimum amount of $40,000 did not constitute "firm offers" of credit under FCRA.

3. Aegis filed its Answer on October 10, 2006.

4. On January 8, 2007 Aegis filed its Motion to Stay Proceedings ("Motion to Stay") (Docket at 11) and its Motion to Enlarge Time in which to Respond to Plaintiffs' First Discovery Requests ("Motion to Enlarge") (Docket at 12).

5. In its Motion to Stay, Aegis requested that the Court stay all proceedings in this putative class action pending the United States Supreme Court's decision in GEICO Gen. Ins. Co. v. Edo, 06-100, 127 S. Ct. 36, 2006 WL 2055539 (Sept. 26, 2006) ("GEICO") (granting petition for certiorari) and Safeco Ins. Co. of Am. v. Burr, 127 S. Ct. 36, 2006 WL 2039638 (Sept. 26, 2006) ("Safeco") (granting petition for certiorari). See Motion to Stay (Docket at 12).

6. In those cases, the United States Supreme Court is considering the legal standard that will govern the availability of statutory damages under FCRA.

7. On January 29, 2007, the Court granted Aegis's Motion to Stay and Motion to Enlarge.

8. Accordingly, the case is currently stayed pending decisions in the GEICO and Safeco appeals, which decisions are not expected to be issued until June.

AEGIS LENDING CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
(ses@psh.com)
Carolyn P. Medina (#7109)
(cpm@psh.com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

R. Bruce Allensworth
Irene C. Freidel
Brian M. Forbes
*Admitted pro hac vice*
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
bruce.allensworth@klgates.com
irene.freidel@klgates.com
brian.m.forbes@klgates.com

DATED: April 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Aegis Lending Corporation's Case Status Report** was filed with the Clerk of the United States District Court for the District of Rhode Island this 23rd day of April, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre/Law Offices of Claude Lefebvre & Sons

/s/ Steven E. Snow

913938_1/4441-1