# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CHARLES C. MOSS and DENNIS A. ISOM,

Plaintiffs,

v.

AEGIS LENDING CORPORATION,

Defendant.

C.A. No. 06-410-ML-LDA

## JOINT MOTION TO DISMISS

Plaintiffs Charles C. Moss ("Moss") and Dennis A. Isom ("Isom") and defendant Aegis Lending Corporation ("Aegis") having engaged in settlement negotiations and wishing to settle all disputes and alleged causes of action that were asserted or could have been asserted in this action without incurring additional expenses and attorneys' fees, now jointly move this Court to dismiss the claims of the individual plaintiffs with prejudice and the claims of the putative class members against defendant without prejudice.

WHEREFORE plaintiffs and Aegis respectfully request that the Court grant this Motion and dismiss, with prejudice, the claims of the named plaintiffs against Aegis, and dismiss, without prejudice, the claims asserted on behalf of the putative class members against Aegis, and order that each party shall bear its own costs and expenses, including attorneys' fees (except to the extent set forth in the Settlement Agreement between Aegis and plaintiffs dated June 26, 2007) and waive any rights of appeal.

Respectfully submitted,

CHARLES C. MOSS and DENNIS A. ISOM

By Their Attorneys,

CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.

/s/ Christopher Lefebvre
Christopher M. Lefebvre (#4019)
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 FAX
lefeblaw@aol.com

AEGIS LENDING CORPORATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn P. Medina
Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

R. Bruce Allensworth
Irene C. Freidel
Brian M. Forbes
*Admitted pro hac vice*
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 FAX
bruce.allensworth@klgates.com
irene.freidel@klgates.com
brian.m.forbes@klgates.com

DATED: July 3, 2007

926773_1/4441-29