**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 03 2007
Property of U.S. District Court
District of Rhode Island

CHARLES C. MOSS and DENNIS A. ISOM,
Plaintiffs,

v. C.A. No. 06-410-ML-LDA

AEGIS LENDING CORPORATION,
Defendant.

**[PROPOSED] ORDER OF DISMISSAL**

Before the Court is the Joint Motion to Dismiss Plaintiffs' claims against Aegis Lending Corporation ("Aegis") filed jointly by plaintiffs and Aegis on July 3, 2007. After consideration of said Motion, it is hereby,

ORDERED, ADJUDGED, and DECREED:

1. The Joint Motion to Dismiss is GRANTED.

2. The claims of the named plaintiffs in this action against Aegis are hereby dismissed with prejudice.

3. The claims asserted on behalf of the putative class members against Aegis are hereby dismissed without prejudice.

4. Each party shall bear its own costs and expenses, including attorneys' fees (except to the extent set forth in the Settlement Agreement between Aegis and plaintiffs dated June 26, 2007) and waive any rights of appeal.

So ordered, this 13th day of July, 2007.

ENTER:
Mary M. Lisi
Honorable Mary M. Lisi
United States District Judge

ORDER:
Barbara Barletta

926778_1/4441-29